cc: LASC
No. 23SMCV05071

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS6

### CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-01210-RGK-SK | Date | February 26, 2024 |
|---|---|---|---|
| Title | *SHAHIN KOHAN v. MERCEDES-BENZ USA, LLC* | | |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Joseph Remigio (not present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Not Present

Attorneys Present for Defendant: Not Present

**Proceedings:** (IN CHAMBERS) Order Remanding Action for Lack of Subject Matter Jurisdiction

On October 15, 2023, Shahin Kohan ("Plaintiff") filed a Complaint against Mercedes-Benz USA, LLC ("Defendant") in state court alleging violations of the Song-Beverly Consumer Warranty Act (Cal. Civ. Code §§ 1790 *et seq.*). Defendant subsequently removed the action to this Court on the basis of diversity jurisdiction.

On February 15, 2024, the Court issued an Order to Show Cause as to why the jurisdictional requirements are or are not satisfied. On February 22, 2024, Defendant filed its response.

Having considered Defendant's Response, the Court finds that Defendant has failed to meet its burden of showing that the minimum amount in controversy has been met. Plaintiff seeks replacement or restitution of money paid for a vehicle leased from Defendant. Total payments under the lease amount to $48,916.65. To arrive at actual damages, this amount must be reduced to account for use by Plaintiffs before the first repair of the vehicle. *Tokmakova v. Volkswagen Grp. of Am., Inc.*, 2012 WL 12952629, at *3 (C.D. Cal. Aug. 1, 2012). Although the lease began in May 2021, Defendant has not provided a calculation of this amount. Although Defendant argues that it may be liable for civil penalties and attorneys' fees, Defendant does not show why Plaintiff would be entitled to these additional amounts. For instance, despite the absence of any factual allegation or evidence as to Defendant's willful violation of the law, Defendant asks the Court to assume "a maximum civil penalty." Defendant also urges the Court to assume an attorneys' fees award of at least $39,000, an invitation the Court declines.

With an uncertain starting point of actual damages, and further amounts based on speculative assertions, the Court finds that Defendant has failed to establish by a preponderance of the evidence that the amount in controversy exceeds $75,000.

Accordingly, the action is hereby remanded to state court for all further proceedings.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-01210-RGK-SK | Date | February 26, 2024 |
|---|---|---|---|
| Title | ***SHAHIN KOHAN v. MERCEDES-BENZ USA, LLC*** | | |

|  | : |
|---|---|
| Initials of Preparer | JRE/vc |